SCOTT R. COMMERSON (State Bar No. 227460)
  ScottCommerson@dwt.com
HEATHER F. CANNER (State Bar No. 292837)
  HeatherCanner@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Defendant
AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KINSLEY TECHNOLOGY CO., | Case No. **2:20-cv-04310 ODW (KSx)** |
| Plaintiff, | **DECLARATION OF SCOTT R. COMMERSON IN SUPPORT OF OPPOSITION TO MOTION FOR PRELINARY JUDGMENT** |
| vs. | |
| YA YA CREATIONS, INC; THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A; AMAZON.COM, INC.; and DOES 1-99 | Assigned to the Hon. Otis D. Wright II |
| Defendants. | Date:        April 19, 2021<br>Time:        1:30 PM<br>Location:   Courtroom 5D<br>First Street Courthouse<br>350 W. 1st Street<br>Los Angeles, CA 90012 |
| | Action Filed:  May 12, 2020 |

## <u>DECLARATION OF SCOTT R. COMMERSON</u>

I, Scott R. Commerson, declare and state as follows:

1.      I am a partner with the law firm of Davis Wright Tremaine LLP, counsel for Defendant Amazon.com, Inc. ("Amazon") in this action.  I submit this declaration in support of the Amazon's Opposition to Plaintiff's Motion for Preliminary Injunction.  I am over the age of 18, have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2.      On January 28, 2021, Amazon received a letter from Kinsley's counsel, claiming that Amazon had relisted products for sale under the Amazon Standard Identification Number ("ASIN") assigned to Kinsley's SUNCOO facemask and threatening to seek a preliminary injunction against Amazon.  I spoke by telephone with Kinsley's counsel, Nicholas Lee, on February 3, 2021, and explained that Amazon's sales listing under the subject ASIN had been inadvertent and had already been removed.  I further explained that Amazon had quarantined the inventory that was designated to fulfill orders under the subject ASIN, meaning that the inventory would be set aside and not sold.  Kinsley's counsel agreed not to pursue a preliminary injunction.

3.      Following the call, I also provided information to Kinsley's counsel identifying the name and contact information for the vendor that had sold the alleged counterfeit product to Amazon for resale under the subject ASIN.  Kinsley's counsel subsequently issued a subpoena to the vendor regarding the alleged counterfeit product the vendor sold to Amazon.

4.      Neither Amazon nor its counsel heard anything further from Kinsley or its counsel regarding this lawsuit until March 1, 2021, when Kinsley filed its Motion for Preliminary Injunction, claiming that Amazon had again relisted products for sale under the subject ASIN.

COMMERSON DECL. ISO OPP. TO MOT. FOR PRELIMINARY INJUNCTION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

5.    I contacted Kinsley's counsel on March 8, 2021 to discuss Kinsley's preliminary injunction motion, and we held a call the next day.

6.    On the call, I advised Kinsley's counsel of Amazon's inadvertent error that caused the listing to reappear for a short period, and assured them that Amazon had now permanently disabled direct sales under the subject ASIN.  Kinsley's counsel acknowledged that Amazon's product listing has been removed from the Amazon store, but nonetheless has refused to withdraw Kinsley's preliminary injunction motion.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on March 29, 2021, at Los Angeles, California.

_____
Scott R. Commerson

COMMERSON DECL. ISO OPP. TO MOT. FOR PRELIMINARY INJUNCTION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899