O
JS-6

# United States District Court
# Central District of California

KINSLEY TECHNOLOGY CO.,

    Plaintiff,

    v.

YA YA CREATIONS, INC. et al.,

    Defendants.

Case № 2:20-cv-04310-ODW (KSx)

**JUDGMENT**

    Pursuant to the Order Granting in Part and Deferring in Part Kinsley Technology Co.'s Renewed Motion for Default Judgment, (ECF No. 198), and the Order on Damages, (ECF No. 205), it is **ORDERED, ADJUDGED,** and **DECREED** as follows:

    1.    Defendant National Supply Distributors is liable to Plaintiff Kinsley Technology Co. for trademark infringement in connection with the sale of disposable facemasks on the Amazon Marketplace.

    2.    National Supply Distributors is **PERMANENTLY ENJOINED** from (1) selling or offering for sale any facemask under the Amazon Standard Identification Number associated with Kinsley Technology Co.'s

SUNCOO-branded facemasks and (2) selling or offering for sale, through any sales channel of any type, any facemask whose packaging bears the SUNCOO word mark.

3. National Supply Distributors shall pay Kinsley Technology Co. **five thousand dollars ($5,000.00)** in statutory damages pursuant to 15 U.S.C. § 1117(c).

4. This Judgment shall constitute the **FINAL JUDGMENT** of the Court.

The Court **DISCHARGES** any outstanding orders and **VACATES** any remaining dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 7, 2022

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**